IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 1:12-cv-2326-RPM

LUIGI BUSCEMI,

    Plaintiff,

v.

DEX ONE CORPORATION,

    Defendant.

___

**ORDER RE: UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR DOCUMENTS TO PLAINTIFF**

___

The Court, having reviewed the UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR DOCUMENTS TO PLAINTIFF and the file, hereby ORDERS that an extension of time through and including March 18, 2013 is granted for Plaintiff to Answer Defendant's Interrogatories and Requests for Documents.

    DATED:  March 11, 2013

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Senior District Judge Richard P. Matsch