IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02326-RPM

LUIGI BUSCEMI,

      Plaintiff,

v.

DEX ONE CORPORATION,

      Defendant.

---

## ORDER FOR DISMISSAL

---

Pursuant to the Joint Stipulation for Dismissal with Prejudice [22] filed today, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own

attorneys' fees and costs.

Dated:   July 31st, 2013

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge